**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Ryszard Jedrzejewski<br><br>v.<br><br>Jolanta Anna Jedrzejewski | Case Number:<br>FILED: SEPTEMBER 2, 2008<br>08CV4988<br>JUDGE DOW<br>MAGISTRATE JUDGE KEYS<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ryszard Jedrzejewski

| |
|---|
| NAME (Type or print)<br>Mark A. Bradford |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Mark A. Bradford |
| FIRM<br>DLA Piper US LLP |
| STREET ADDRESS<br>203 N. LaSalle Street |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282564 | TELEPHONE NUMBER<br>312.368.4000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐