## United States District Court for the Northern District of Illinois

Case Number: 08CV4988          Assigned/Issued By: DAJ

Judge Name: DOW               Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 3070294

Date Payment Rec'd: 09/02/08       Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   
                                         _____
                                         (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1  Original and  0  copies on  09/02/08  as to  DEF.
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05