# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4988 | **DATE** | 1/5/2011 |
| **CASE TITLE** | Jedrzejewski vs. Jedrzejewski | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, this case is dismissed for want of prosecution.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

On November 18, 2010, the Court issued an opinion [31] noting Petitioner's failure to cooperate with prior counsel or to comply with the Court's prior orders. In that opinion, the Court warned Petitioner that this case would be dismissed for want of prosecution unless Petitioner showed cause in writing on or before December 17, 2010, why such a dismissal would not be appropriate. The docket sheet reflects that the Clerk of the Court mailed copies of the Court's order to Petitioner, to his Polish counsel, and to the State Department. The docket sheet further reflects the return receipts [32, 33] as to the mailings to Petitioner and Polish counsel. In view of the fact that Petitioner has not responded to the rule to show cause as of today's date, this case is dismissed for want of prosecution.

The Clerk of the Court is directed to send a copy of this order via certified mail (or its closest international equivalent) to Petitioner at his last known address:

Ryszard Jedrzejewski
UL Mickiewicza 28
38-300 Gorlice, Poland

The Clerk of the Court is further directed to send a copy of this order via certified mail (or its closest international equivalent) and to Petitioner's Polish counsel:

Zbiniew Tekeila
33-300 NOWY SACZ,
UL. LWOWSKA 4 Poland

The Clerk of the Court also is directed to send a copy of this order to:

| **STATEMENT** |
|---|
| Stephanie Cassano<br>United States Department of State<br>CA/OCS/CI<br>2100 Pennsylvania Avenue, NW<br>Washington, DC 20237 |